# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDIE BRANDY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:16CV66 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOE'S CAFÉ MEXICAN RESTAURANT, JOSE PALOMARES, JOHN DOES 1-2, INCLUSIVE, | ) ) ) ) | ORDER OF RECUSAL |
| Defendants. | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 10th day of February 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge