# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDIE BRANDY, | CASE NO. 8:16CV66 |
| Plaintiff, | |
| v. | ORDER |
| JOE'S CAFÉ MEXICAN RESTAURANT, JOSE PALOMARES, and JOHN DOES 1 - 2, inclusive, | |
| Defendants. | |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 11). No objections to the Findings and Recommendation have been filed, and the time for filing of any such objections has expired. See NECivR 72.2.

Accordingly,

IT IS ORDERED:

1. The Court adopts the Magistrate Judge's Findings and Recommendation (Filing No. 11); and

2. The Plaintiff's Complaint (Filing No. 1) is dismissed, without prejudice.

.      .

DATED this 21st day of June, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge