# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDIE BRANDY, Individually, | ) | CASE NO. 8:16CV66 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOE'S CAFE MEXICAN RESTAURANT, JOSE PALOMARES, and JOHN DOES 1 and 2, Inclusive, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JUDIE BRANDY, Individually, | ) | CASE NO. 8:16CV482 |
| | ) | |
| Plaintiff, | ) | |
| | ) | REASSIGNMENT |
| v. | ) | ORDER |
| | ) | |
| JOE'S CAFE MEXICAN RESTAURANT, JOSE PALOMARES, and JOHN DOES 1 and 2, Inclusive, | ) ) ) ) | |
| Defendants. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:16CV482 is reassigned to the undersigned for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters. Plaintiff's attorney is advised to refer to NEGenR 1.4(a)(4)(A) when opening a new case on ECF.

IT IS SO ORDERED.

DATED this 31st day of October, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge